# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: <br> Willie Guess <br>       Debtor | : <br> : <br> : <br> : <br> : | CHAPTER 13 |
| HSBC Bank USA, N.A. as Indenture Trustee For The Registered Noteholders Of the Renaissance Home Equity Loan Trust 2007-1 <br>       Movant <br> <br>    v. <br> Willie Guess <br>       Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No: 14-15274-JKF |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 3.    Admitted.

4-7.    Denied. Movant states a conclusion of law to which no response is required.

8.    Denied. Movant has no cause to make such requests.

9-10.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 12/27/16        Respectfully submitted.

/S/ Erik B. Jensen
Erik B. Jensen, Esq.