**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Willie Guess

    Debtor(s)

: Chapter 13
: Bankruptcy No.14-15274-amc
:
: 11 U.S.C. § 362

Carrington Mortgage Services, LLC

                      Movant
     vs.

Willie Guess

                      Debtor(s)
      and

William C. Miller, Esquire

                      Trustee
                 RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor(s), Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Carrington Mortgage Services, LLC, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

                      Respectfully submitted,

                      /s/ Sarah K. McCaffery
                      Sarah K. McCaffery, Esquire
                      Richard M. Squire & Associates, LLC
                      115 West Avenue, Suite 104
                      Jenkintown, PA 19046
                      (215) 886-8790
                      (215) 886-8791 (fax)

Dated: _____                smccaffery@squirelaw.com (email)