**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Willie Guess | : Chapter 13 |
| | : Bankruptcy No.14-15274 |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                          Movant

      vs.

Willie Guess

                          Debtor(s)

    and

William C. Miller, Esquire

                          Trustee
**RESPONDENTS**

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

     Carrington Mortgage Services, LLC has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 30 South Salford Street, Philadelphia PA 19139.

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before   August 7, 2018    you or your attorney must do **all** of the following:

        (a)   File an answer explaining your position at:
            Office of the Clerk
            United States Bankruptcy Court
            Eastern District of Pennsylvania
            Robert N.C. Nix, Sr. Federal Courthouse
            900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to the movant's attorney:

        **Sarah K. McCaffery, Esquire**
        **Richard M. Squire & Associates, LLC**
        **One Jenkintown Station, Suite 104**
        **115 West Avenue**
        **Jenkintown, PA 19046**
        **TEL: (215) 886-8790**
        **FAX: (215) 886-8791**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on  August 22, 2018   at  11:00  a.m. in Courtroom No.  4  , Robert N.C. Nix, Sr. Federal Courthouse, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

         /s/ Sarah K. McCaffery
        Sarah K. McCaffery, Esquire
        Richard M. Squire & Associates, LLC
        One Jenkintown Station
        115 West Avenue, Suite 104
        Jenkintown, PA 19046
        (215) 886-8791
        Attorney for Movant

Dated:  7/24/2018