IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Willie Guess                          : Chapter 13
                                              : Bankruptcy No.14-15274
         Debtor(s)                            :
                                              : 11 U.S.C. § 362

Carrington Mortgage Services, LLC
                                   Movant
                vs.
Willie Guess
                                   Debtor(s)
                and
William C. Miller, Esquire
                                   Trustee
                              RESPONDENTS

## ORDER APPROVING STIPULATION/CONSENT ORDER

And Now, this 24th day of September, 2018 upon consideration of the Stipulation between Debtors and Carrington Mortgage Services, LLC it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

_____
THE HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

CC:

William C. Miller, Esquire

Chapter 13 Trustee

1234 Market Street

Suite 1813

Philadelphia, PA 19107

Office of the U.S. Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107

Erick B. Jensen

Erik B. Jensen, Esquire

1528 Walnut Street

Suite 1401

Philadelphia, PA 19102

Richard M. Squire & Associates, LLC

One Jenkintown Station

115 West Avenue, Suite 104

Jenkintown, PA 19046

Willie Guess

5133 Brown St.

Philadelphia, PA 19139