United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Willie Guess
    Debtor

Case No. 14-15274-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 24, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
db          +Willie Guess,    5133 Brown St.,    Philadelphia, PA 19139-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ERIK B. JENSEN    on behalf of Debtor Willie  Guess akeem@jensenbagnatolaw.com,
          gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
         JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA,
          N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust
          2007-1 jkishbaugh@udren.com,    vbarber@udren.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green TreeServicing Llc, As Authorized Servicer
          For Fannie Mae, As Owner And Holder Of Account/Contract Originated By Fairmont Funding, Ltd
          paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         RICHARD M SQUIRE    on behalf of Creditor    Carrington Mortgage Services, LLC
          rsquire@squirelaw.com,    lcolwell@squirelaw.com
         ROBERT MICHAEL KLINE    on behalf of Creditor    Carrington Mortgage Services, LLC
          Pacer@squirelaw.com,    rmklinelaw@aol.com
         SARAH K. MCCAFFERY    on behalf of Creditor    Carrington Mortgage Services, LLC
          smccaffery@squirelaw.com
         SHERRI J. Smith    on behalf of Creditor    HSBC Bank USA, N.A.
          sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, N.A. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                              TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Willie Guess | : Chapter 13 |
|          Debtor(s) | : Bankruptcy No.14-15274 |
| | : |
| _____ | : 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC
                          Movant
       vs.
Willie Guess
                         Debtor(s)
      and
William C. Miller, Esquire
                         Trustee
                    RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And Now, this 24th day of September, 2018 upon consideration of the Stipulation between Debtors and Carrington Mortgage Services, LLC  it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

_____
THE HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

CC:

William C. Miller, Esquire

Chapter 13 Trustee

1234 Market Street

Suite 1813

Philadelphia, PA 19107

Office of the U.S. Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107

Erick B. Jensen

Erik B. Jensen, Esquire

1528 Walnut Street

Suite 1401

Philadelphia, PA 19102

Richard M. Squire & Associates, LLC

One Jenkintown Station

115 West Avenue, Suite 104

Jenkintown, PA 19046

Willie Guess

5133 Brown St.

Philadelphia, PA 19139