*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Willie Guess

Debtor(s)  Case No: 14–15274–amc

___

*ORDER*

AND NOW, 10/18/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑  A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☐  A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

85
Form 212