```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 14-15274-amc
Willie Guess                                                        Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                   Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Willie Guess,    5133 Brown St.,    Philadelphia, PA 19139-1527
cr             +Carrington Mortgage Services, LLC (servicing right,    1600 South Douglass Road,
                 Anaheim,, CA 92806-5951
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +HSBC Bank USA, N.A.,    Stern & Eisenberg, PC,   1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
13338243       +Acs Inc,   Attn: Bankruptcy,    PO Box 56317,   Philadelphia, PA 19130-6317
13338244       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13396063       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13648152       +Carrington Mortgage Services, LLC,    (servicing rights only),   1600 South Douglass Road,
                 Anaheim, CA 92806-5951
13338245       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,   P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
14382868       +DITECH FINANCIAL LLC,    C/O KML Law Group,   701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14383044       +Ditech Financial LLC.,    c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
13609956        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13338247       +Erik B. Jensen P.C.,    1528 Walnut Street,   Suite 1401,   Philadelphia, PA 19102-3610
13780622       +HSBC Bank USA NA etal,    c/o JEROME B. BLANK,   Phelan Hallinan & Schmieg LLP,
                 1617 JFK Boulevard,    Philadelphia, PA 19103-1821
13375490       +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13338246        E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:38     City of Philadelphia,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13423132        E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:39     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13442319       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:38
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13338248        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15     Green Tree Servicing, LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13338249       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2019 03:46:05    Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13421759        E-mail/PDF: pa_dc_claims@navient.com Oct 19 2019 03:53:10     Navient Solutions, Inc.,
                 P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13606760       +Fax: 407-737-5634 Oct 19 2019 03:57:05    Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
13338250       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2019 03:52:51
                 Pinnacle Credit Service,    Attn: Bankruptcy,   PO Box 640,   Hopkins, MN 55343-0640
13338251       +E-mail/PDF: pa_dc_claims@navient.com Oct 19 2019 03:53:10     Sallie Mae,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13338252       +E-mail/PDF: pa_dc_claims@navient.com Oct 19 2019 03:52:12     Sallie Mae,
                 Attn: Claims Department,    PO Box 9500,   Wilkes-Barre, PA 18773-9500
13338253       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:39     Water Revenue Bureau,
                 1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW           Total Noticed: 29
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Willie  Guess akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA,
               N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust
               2007-1 jkishbaugh@udren.com,    vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green TreeServicing Llc, As Authorized Servicer
               For Fannie Mae, As Owner And Holder Of Account/Contract Originated By Fairmont Funding, Ltd
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              RICHARD M SQUIRE    on behalf of Creditor    Carrington Mortgage Services, LLC
               rsquire@squirelaw.com,   lcolwell@squirelaw.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    Carrington Mortgage Services, LLC
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Carrington Mortgage Services, LLC
               smccaffery@squirelaw.com
              SHERRI J. SMITH    on behalf of Creditor    HSBC Bank USA, N.A.
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 18
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Willie Guess

    Debtor(s)

Bankruptcy No: 14–15274–amc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 10/18/19

84 – 83
Form 138_new