United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15274-amc
Willie Guess                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 18, 2019
                       Form ID: 212       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
db           +Willie Guess,    5133 Brown St.,   Philadelphia, PA 19139-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Willie  Guess akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of   Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA,
               N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust
               2007-1 jkishbaugh@udren.com,    vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green TreeServicing Llc, As Authorized Servicer
               For Fannie Mae, As Owner And Holder Of Account/Contract Originated By Fairmont Funding, Ltd
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              RICHARD M SQUIRE    on behalf of Creditor   Carrington Mortgage Services, LLC
               rsquire@squirelaw.com,   lcolwell@squirelaw.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   Carrington Mortgage Services, LLC
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor   Carrington Mortgage Services, LLC
               smccaffery@squirelaw.com
              SHERRI J. SMITH    on behalf of Creditor   HSBC Bank USA, N.A.
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   HSBC Bank USA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                              Chapter: 13

    Willie Guess

Debtor(s)                                                        Case No: 14–15274–amc

___

*ORDER*

    AND NOW, 10/18/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.


    For The Court

    Ashely M. Chan

    Judge ,United States Bankruptcy Court