United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15274-amc
Willie Guess                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 1              Date Rcvd: Dec 10, 2019
                              Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
db             +Willie Guess,    5133 Brown St.,    Philadelphia, PA 19139-1527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Willie  Guess akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of   Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA,
               N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust
               2007-1 jkishbaugh@udren.com,   vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green TreeServicing Llc, As Authorized Servicer
               For Fannie Mae, As Owner And Holder Of Account/Contract Originated By Fairmont Funding, Ltd
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   HSBC Bank USA NA etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              RICHARD M SQUIRE    on behalf of Creditor   Carrington Mortgage Services, LLC
               rsquire@squirelaw.com,  lcolwell@squirelaw.com
              ROBERT J. DAVIDOW    on behalf of Creditor   HSBC Bank USA NA etal
               robert.davidow@phelanhallinan.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   Carrington Mortgage Services, LLC
               Pacer@squirelaw.com,  rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor   Carrington Mortgage Services, LLC
               smccaffery@squirelaw.com
              SHERRI J. SMITH    on behalf of Creditor   HSBC Bank USA, N.A.
               sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   HSBC Bank USA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Willie Guess                                                           : Case No. 14–15274–amc

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , December 10,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

91
Form 195